### Dennis PERRYMAN, Plaintiff–Appellant,

v.

### James DEACON; et al., Defendants–Appellees.

No. 14–35224.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2015.*

Filed April 15, 2015.

Dennis Perryman, pro se.

Michael S. Shin, Oregon Department of Justice, Salem, OR, for Defendants–Appellees.

Before: FISHER, TALLMAN, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Dennis Perryman, an Oregon state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging due process violations in connection with prison disciplinary

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Nev. Dep't of Corr. v. Greene*, 648 F.3d 1014, 1018 (9th Cir.2011), and we affirm.

The district court properly granted summary judgment on Perryman's due process claim in connection with his disciplinary proceedings because, even assuming a protected liberty interest, Perryman failed to raise a genuine dispute of material fact as to whether defendants violated his due process rights. *See Wolff v. McDonnell*, 418 U.S. 539, 563–67, 94 S.Ct. 2963, 41 L.Ed.2d 935 (1974) (setting forth due process requirements before imposing sanctions implicating a prisoner's liberty interest); *Koenig v. Vannelli*, 971 F.2d 422, 423 (9th Cir.1992) (per curiam) (prison officials may limit an inmate's efforts to defend himself if they have a legitimate penological reason).

**AFFIRMED.**